

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN A. HARRELL | CIVIL ACTION |
| VERSUS | NO. 05-4002 |
| DANIEL EDWARDS, ET AL | SECTION "D"(4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Partial Report and Recommendation filed by the plaintiff on August 16, 2006, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that John A. Harrell's Title 42 U.S.C. § 1983 complaint as urged against Nurse Charlotte and Deputy Pete Gill is **DISMISSED WITHOUT PREJUDICE** for failure to serve under Fed. R. Civ. P. 4(m) and failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this _25_ day of _August_, 2006.

UNITED STATES DISTRICT JUDGE