FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR -6 PM 4:34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN A. HARRELL | CIVIL ACTION |
| VERSUS | NO. 05-4002 |
| DANIEL EDWARDS, KATHLEEN TRACY, PETE GILL, MATTHEW SCHLIEGELMEGER, DR. ARTHUR MAUTERER, NURSE CHARLOTTE, RANDY PINION | SECTION "D" (4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the **Motion to Dismiss Defendant, Arthur Mauterer, M.D. (Rec. Doc. No. 28)** filed by defendant Dr. Arthur Mauterer, and the **Motion to Dismiss Pursuant to Rule 12(b)(6) (Rec. Doc. No. 44)** filed by defendants, Sheriff Daniel Edwards and Warden Randy Pinion, are **GRANTED**.

**IT IS FURTHER ORDERED** that the Title 42 U.S.C. § 1983 claims urged by the plaintiff, John Harrell, against Dr. Arthur Mauterer, Sheriff Daniel Edwards, Warden Randy Pinion, and

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

Kathleen Tracy, are **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted and otherwise as frivolous pursuant to Title 28 U.S.C. § 1915(e)(2) and § 1915A.

New Orleans, Louisiana, this _____6_____ day of ____March____, 2007.

_____
UNITED STATES DISTRICT JUDGE